| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ANDREW B. FINBERG, ESQ.**<br>**LAW OFFICES OF ANDREW B. FINBERG, LLC**<br>**525 Route 73 South, Ste. 200**<br>**Marlton, NJ 08053**<br>**(856)988-9055**<br>**Attorney for Debtor(s)** | Order Filed on September 12,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br>**THEODORE M. SEIDEN**<br>**CYNTHIA SEIDEN** | Case No.: 17-26772<br><br>Adv. No.:<br><br>Hearing Date: September 12, 2017<br><br>Judge: JNP |

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 12, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2 of 2**
**Debtor: Theodore & Cynthia Seiden**
**Case No: 17-26772**
**Caption of Order:** Order Extending the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is extended, effective immediately.

United States Bankruptcy Court
District of New Jersey

In re:  
Theodore M. Seiden  
Cynthia Seiden  
    Debtors

Case No. 17-26772-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.  
db/jdb         +Theodore M. Seiden,    Cynthia Seiden,    217 Nathaniel Ave.,    Cherry Hill, NJ 08003-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:  
         Andrew B. Finberg    on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com,  
           abfecf@gmail.com;r39848@notify.bestcase.com  
         Andrew B. Finberg    on behalf of Joint Debtor Cynthia   Seiden andy@sjbankruptcylaw.com,  
           abfecf@gmail.com;r39848@notify.bestcase.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 4