# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Theodore and Cynthia Seiden

Case No.: 17-26772

Hearing Date:

Chapter: 13

Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to trustee's certification of default

**Location of Hearing:** Courtroom No. 4C
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 9/21/2018 at 10:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: August 30, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 30, 20 18 this notice was served on the following:

Debtor(s)
Debtor(s) Attorney, if any
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26772-JNP
Theodore M. Seiden                                                      Chapter 13
Cynthia Seiden
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Aug 30, 2018
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db/jdb         +Theodore M. Seiden,   Cynthia Seiden,   217 Nathaniel Ave.,   Cherry Hill, NJ 08003-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
      Andrew B. Finberg    on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com,
       abfecf@gmail.com;finbergar39848@notify.bestcase.com
      Andrew B. Finberg    on behalf of Joint Debtor Cynthia  Seiden andy@sjbankruptcylaw.com,
       abfecf@gmail.com;finbergar39848@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    BAC BANK OF NY (CWALT 2006-16CB)
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8