UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW B. FINBERG, ESQ.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH, SUITE 200
MARLTON, NEW JERSEY 08053
(856) 988-9055
Attorney for the Debtor(s)

Order Filed on October 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

THEODORE M. SEIDEN
CYNTHIA SEIDEN,

Debtor(s)

Case No.: 17-26772

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 18, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew B. Finberg_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Theodore M. Seiden  
Cynthia Seiden  
    Debtors

Case No. 17-26772-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 18, 2018  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.  
db/jdb       +Theodore M. Seiden,   Cynthia Seiden,   217 Nathaniel Ave.,   Cherry Hill, NJ 08003-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:  
      Andrew B. Finberg   on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com,  
       abfecf@gmail.com;finbergar39848@notify.bestcase.com  
      Andrew B. Finberg   on behalf of Joint Debtor Cynthia  Seiden andy@sjbankruptcylaw.com,  
       abfecf@gmail.com;finbergar39848@notify.bestcase.com  
      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
       summarymail@standingtrustee.com  
      Kevin Gordon McDonald   on behalf of Creditor   BAC BANK OF NY (CWALT 2006-16CB)  
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation  
       rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                      TOTAL: 8