UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew B. Finberg, Esq
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors

Order Filed on August 7, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

THEODORE M. SEIDEN
CYNTHIA SEIDEN

Case No.: 17-26772

Adv. No.:

Hearing Date: August 6, 2019

Judge: JNP

# AMENDED ORDER ON MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Theodore M. Seiden & Cynthia Seiden
Case No. 17-26772
Caption of Order: Order on Motion to Suspend Trustee Payments

**THIS MATTER** having been brought before the Court, by the debtors, Theodore and Cynthia Seiden, through their attorneys, The Law Office of Andrew B. Finberg, LLC and the moving papers being duly served upon all interested parties in accordance with the rules of this Court: and it appearing that cause exists for the suspension of Chapter 13 Plan payments and for good cause appearing, it is **HEREBY ORDERED as follows:**

1. The Chapter 13 Plan payments of the debtors are suspended retroactively for a period of three (3) months, for July through September 2019;

2. It is hereby agreed that the debtor shall resume regular monthly Trustee payments effective October 2019 and continue monthly thereafter until case completion;

3. The debtor shall execute and file a Modified Chapter 13 Plan which addresses the lapse in payments and amortizes same over the remaining term of the plan; and

4. The Modified Chapter 13 Plan will be filed in September with payments to resume in October 2019.

.