UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew B. Finberg, Esq
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors



Order Filed on August 6, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

THEODORE M. SEIDEN
CYNTHIA SEIDEN

Case No.: 17-26772

Adv. No.:

Hearing Date: August 6, 2019

Judge: JNP

**ORDER ON MOTION TO SUSPEND TRUSTEE PAYMENTS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 6, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Theodore M. Seiden & Cynthia Seiden
Case No. 17-26772
Caption of Order: Order on Motion to Suspend Trustee Payments

**THIS MATTER** having been brought before the Court, by the debtors, Theodore and Cynthia Seiden, through their attorneys, The Law Office of Andrew B. Finberg, LLC and the moving papers being duly served upon all interested parties in accordance with the rules of this Court:  and it appearing that cause exists for the suspension of Chapter 13 Plan payments and for good cause appearing, it is **HEREBY ORDERED as follows:**

1. The Chapter 13 Plan payments of the debtors are suspended retroactively for a period of three (3) months, for July through September 2019;

2. It is hereby agreed that the debtor shall resume regular monthly Trustee payments effective August 2019 and continue monthly thereafter until case completion;

3. The debtor shall execute and file a Modified Chapter 13 Plan which addresses the lapse in payments and amortizes same over the remaining term of the plan; and

4. The Modified Chapter 13 Plan is to be filed by September 30, 2019 with payments to resume in October 2019.

.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-26772-JNP
Theodore M. Seiden                                                        Chapter 13
Cynthia Seiden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1               Date Rcvd: Aug 06, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db/jdb         +Theodore M. Seiden,    Cynthia Seiden,    217 Nathaniel Ave.,    Cherry Hill, NJ 08003-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew B. Finberg    on behalf of Joint Debtor Cynthia  Seiden andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    BAC BANK OF NY (CWALT 2006-16CB)
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8