UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew B. Finberg, Esq
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors

Order Filed on August 7, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

THEODORE M. SEIDEN
CYNTHIA SEIDEN

Case No.: 17-26772

Adv. No.:

Hearing Date: August 6, 2019

Judge: JNP

### AMENDED ORDER ON MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor: Theodore M. Seiden & Cynthia Seiden
Case No. 17-26772
Caption of Order: Order on Motion to Suspend Trustee Payments

**THIS MATTER** having been brought before the Court, by the debtors, Theodore and Cynthia Seiden, through their attorneys, The Law Office of Andrew B. Finberg, LLC and the moving papers being duly served upon all interested parties in accordance with the rules of this Court: and it appearing that cause exists for the suspension of Chapter 13 Plan payments and for good cause appearing, it is **HEREBY ORDERED** as follows:

1. The Chapter 13 Plan payments of the debtors are suspended retroactively for a period of three (3) months, for July through September 2019;

2. It is hereby agreed that the debtor shall resume regular monthly Trustee payments effective October 2019 and continue monthly thereafter until case completion;

3. The debtor shall execute and file a Modified Chapter 13 Plan which addresses the lapse in payments and amortizes same over the remaining term of the plan; and

4. The Modified Chapter 13 Plan will be filed in September with payments to resume in October 2019.

.

United States Bankruptcy Court
District of New Jersey

In re:  
Theodore M. Seiden  
Cynthia Seiden  
    Debtors

Case No. 17-26772-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 07, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.  
db/jdb       +Theodore M. Seiden,    Cynthia Seiden,    217 Nathaniel Ave.,    Cherry Hill, NJ 08003-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:  
          Andrew B. Finberg   on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com,  
           abfecf@gmail.com;finbergar39848@notify.bestcase.com  
          Andrew B. Finberg   on behalf of Joint Debtor Cynthia  Seiden andy@sjbankruptcylaw.com,  
           abfecf@gmail.com;finbergar39848@notify.bestcase.com  
          Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Isabel C. Balboa   ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Kevin Gordon McDonald   on behalf of Creditor    BAC BANK OF NY (CWALT 2006-16CB)  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Rebecca Ann Solarz   on behalf of Creditor    Toyota Motor Credit Corporation  
           rsolarz@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 8