Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−26772−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Theodore M. Seiden            Cynthia Seiden
217 Nathaniel Ave.            217 Nathaniel Ave.
Cherry Hill, NJ 08003         Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−0956                   xxx−xx−9802

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on October 18, 2019.

On July 22, 2020, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               September 2, 2020
Time:                10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 23, 2020
JAN: jpl

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-26772-JNP
Theodore M. Seiden                                                    Chapter 13
Cynthia Seiden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Jul 23, 2020
                              Form ID: 185             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
```
db/jdb         +Theodore M. Seiden,    Cynthia Seiden,    217 Nathaniel Ave.,    Cherry Hill, NJ 08003-1528
517535361      +BAC BANK OF NY (CWALT 2006-16CB),    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108,    (609) 250-0700 (NJ) 08108-2812
517215490       BONY as trustee of CWALT, Inc. ALT Series 2006-16C,    Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
517041787      +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517017288      +KML Law Group, P.C.,    216 Haddon Avenue,   Suite 406,    Collingswood, NJ 08108-2812
517017290      +New Jersey American Water,    131 Woodcrest Road,    PO Box 5079,   Cherry Hill, NJ 08034-5079
517132163      +Nordstrom, Inc.,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
517017293       PSE&G,    PO Box 14444,   New Brunswick, NJ 08906-4444
517017292       Parker McCay P.A.,    3 Greentree Centre,   7001 Lincoln Drive West: P.O. Box 974,
                 Attn: Brian Cain, Esquire,    Marlton, NJ 08053-0974
517017296      +SLS Financial,    8742 Lucent Blvd.,   Suite 300,    Littleton, CO 80129-2386
517017297     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
517017295      +Shellpoint Mortgage Servicing,    P.O. Box 1410,    Troy, MI 48099-1410
517017298      +State of New Jersey,   Division of Law,    25 Market Street,    P.O. Box 119,
                 Trenton, NJ 08625-0119
517017289     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Lexus Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855)
517047399      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517017301      +Toyota Motor Credit Corp.,    240 Gibraltar Road,    Suite 260,   Horsham, PA 19044-2387
517086116      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 23:48:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 23:48:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517047264       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 23 2020 23:49:05
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
517017283      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 23:53:34      Capital One,
                 P.O. Box 6492,    Carol Stream, IL 60197-6492
517017285      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 23:48:37     Comenity Bank/HSN,
                 PO Box 182120,    Columbus, OH 43218-2120
517028557       E-mail/Text: mrdiscen@discover.com Jul 23 2020 23:47:59     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
517017286       E-mail/Text: mrdiscen@discover.com Jul 23 2020 23:47:59     Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
517017287       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 23:48:18     Internal Revenue Service,
                 Department of the Treasury,    P.O. Box 9019,   Holtsville, NY 11742-9019
517017284       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 23 2020 23:53:30      Chase,
                 Cardmember Service,    P.O. Box 1423,   Charlotte, NC 28201
517017291      +E-mail/Text: bnc@nordstrom.com Jul 23 2020 23:48:10     Nordstrom,   P.O. Box 79139,
                 Phoenix, AZ 85062-9139
517158492       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 23:53:39
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,   POB 41067,
                 Norfolk VA 23541
517399169      +E-mail/Text: bankruptcy@pseg.com Jul 23 2020 23:47:47     PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490
517017294       E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:53:24     Qcard/Synchrony Bank,
                 P.O. Box 530905,    Atlanta, GA 30353-0905
517191854       E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 23:48:47
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517020207      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:52:10     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517017299       E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 23:52:08     Synchrony Bank,   P.O. Box 960061,
                 Orlando, FL 32896-0061
517017300       E-mail/Text: bankruptcy@td.com Jul 23 2020 23:48:57     TD Bank,    P.O. Box 84037,
                 Columbus, GA 31908-4037
517122277      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2020 23:52:30      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 18
```

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: Jul 23, 2020
                                      Form ID: 185                   Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew B. Finberg    on behalf of Joint Debtor Cynthia  Seiden andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Angela Catherine Pattison    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage
               Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for
               the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-16C apattison@hillwallack.com,
               hwbknj@hillwallack.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
               Certificateholders CWALT, Inc., Alternative Loan Trust 2006-16C eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   BAC BANK OF NY (CWALT 2006-16CB)
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```