| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Theodore M. Seiden**<br>**Cynthia Seiden** | Case No.    **17-26772**<br>Chapter:    **13**<br>Judge: |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Theodore M. Seiden**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **September 14, 2022**                    /s/ Theodore M. Seiden
                                                                    **Theodore M. Seiden**
                                                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*