UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Theodore M. Seiden**
**Cynthia Seiden**

Case No. **17-26772**

Chapter: **13**

Judge:

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Cynthia Seiden**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **September 14, 2022**         /s/ Cynthia Seiden
                                     **Cynthia Seiden**
                                     Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18