**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Cynthia Seiden<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9802<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26772–JNP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

1/26/23

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26772-JNP |
| Cynthia Seiden | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: 3180WJ2 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Cynthia Seiden, 217 Nathaniel Ave., Cherry Hill, NJ 08003-1528 |
| 517535361 | + | BAC BANK OF NY (CWALT 2006-16CB), Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108, (609) 250-0700 (NJ) 08108-2812 |
| 517215490 | | BONY as trustee of CWALT, Inc. ALT Series 2006-16C, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517017290 | + | New Jersey American Water, 131 Woodcrest Road, PO Box 5079, Cherry Hill, NJ 08034-5079 |
| 517017292 | | Parker McCay P.A., 3 Greentree Centre, 7001 Lincoln Drive West: P.O. Box 974, Attn: Brian Cain, Esquire, Marlton, NJ 08053-0974 |
| 517017296 | + | SLS Financial, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 517017295 | + | Shellpoint Mortgage Servicing, P.O. Box 1410, Troy, MI 48099-1410 |
| 517017298 | + | State of New Jersey, Division of Law, 25 Market Street, P.O. Box 119, Trenton, NJ 08625-0119 |
| 517017297 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517047264 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 26 2023 21:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517017283 | + | EDI: CAPITALONE.COM | Jan 27 2023 01:49:00 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 517017285 | + | EDI: WFNNB.COM | Jan 27 2023 01:49:00 | Comenity Bank/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 517028557 | | EDI: DISCOVER.COM | Jan 27 2023 01:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517017286 | | EDI: DISCOVER.COM | Jan 27 2023 01:49:00 | Discover Card, PO Box 71084, Charlotte, NC 28272-1084 |
| 517041787 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 26 2023 21:00:00 | E*Trade Bank, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517017287 | | EDI: IRS.COM | Jan 27 2023 01:49:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 517017284 | | EDI: JPMORGANCHASE | Jan 27 2023 01:49:00 | Chase, Cardmember Service, P.O. Box 1423, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 3180WJ2 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28201 |
| 517017291 | + | Email/Text: bnc@nordstrom.com | Jan 26 2023 21:00:02 | Nordstrom, P.O. Box 79139, Phoenix, AZ 85062-9139 |
| 517132163 | + | EDI: JEFFERSONCAP.COM | Jan 27 2023 01:49:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517158492 | | EDI: PRA.COM | Jan 27 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517017293 | ^ | MEBN | Jan 26 2023 20:55:20 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517399169 | + | Email/Text: bankruptcy@pseg.com | Jan 26 2023 21:00:00 | PSE&G, PO Box 490, Cranford NJ 07016-0490 |
| 517017294 | | EDI: RMSC.COM | Jan 27 2023 01:49:00 | Qcard/Synchrony Bank, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 517191854 | | EDI: Q3G.COM | Jan 27 2023 01:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517017299 | | EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517020207 | + | EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517017300 | | EDI: TDBANKNORTH.COM | Jan 27 2023 01:49:00 | TD Bank, P.O. Box 84037, Columbus, GA 31908-4037 |
| 517017289 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 26 2023 21:00:00 | Lexus Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 517047399 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 26 2023 21:00:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517017301 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 26 2023 21:00:00 | Toyota Motor Credit Corp., 240 Gibraltar Road, Suite 260, Horsham, PA 19044-2387 |
| 517086116 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 26 2023 21:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517122277 | + | EDI: AIS.COM | Jan 27 2023 01:49:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517017288 | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 3180WJ2 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Theodore M. Seiden andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Joint Debtor Cynthia Seiden andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-16C apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc., Alternative Loan Trust 2006-16C eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor BAC BANK OF NY (CWALT 2006-16CB) kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9